```
                       United States Bankruptcy Court
                       Middle District of Pennsylvania
```

In re:                                                         Case No. 18-02041-HWV
Ricardo A. Read-Baez                                           Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke       Page 1 of 1           Date Rcvd: Jun 03, 2020
                          Form ID: nttext       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 05, 2020.
    +Jissell A. Read,   390 Hill N Dale Drive S,   York, PA 17403-4740

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 05, 2020                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 3, 2020 at the address(es) listed below:
    Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
    Gary J Imblum   on behalf of Debtor 1 Ricardo A. Read-Baez gary.imblum@imblumlaw.com,
     gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com
    James  Warmbrodt   on behalf of Creditor   Nissan Motor Acceptance Corporation
     bkgroup@kmllawgroup.com
    Jerome B Blank   on behalf of Creditor   TOWNE MORTGAGE COMPANY pamb@fedphe.com
    Mario J. Hanyon   on behalf of Creditor   TOWNE MORTGAGE COMPANY pamb@fedphe.com
    Mario John Hanyon   on behalf of Creditor   TOWNE MORTGAGE COMPANY pamb@fedphe.com
    Thomas  Song   on behalf of Creditor   TOWNE MORTGAGE COMPANY pamb@fedphe.com
    United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                     TOTAL: 8

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Ricardo A. Read−Baez,　　　　　　　　　　　Chapter　　　13

**Debtor 1**

　　　　　　　　　　　　　　　　　　　　　　Case No.　　1:18−bk−02041−HWV

## Notice

Due to considerations related to the COVID−19 pandemic, the noticing requirement for the Motion for Relief from the Automatic Stay has been changed from a semi−passive to hearing required. See LBR 9001−1(i),(n). The Court has scheduled the Motion for Relief from the Automatic Stay filed on 6/2/2020 for a hearing. The hearing will be held regardless of whether objections are filed. All other information on the original Notice will remain in full force and effect. (RE: related document(s)71). (Wojtowicz, Courtney)

| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: CourtneyWojtowicz, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: June 3, 2020 |

Notice Text Entries (Form nttext) (3/20)