# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| RICARDO A. READ-BAEZ | : | CASE NO. 1-18-02041-HWV |
|     Debtor | : | |
| | : | CHAPTER 13 |
| NISSAN MOTOR ACCEPTANCE | : | |
| CORPORATION | : | |
|     Movant | : | |
| | : | |
| v. | : | |
| | : | |
| RICARDO A. READ-BAEZ | : | |
|     Respondent | : | |

## DEBTOR'S RESPONSE TO MOTION OF
## NISSAN MOTOR ACCEPTANCE CORPORATION
## FOR RELIEF FROM THE AUTOMATIC STAY

**AND NOW,** comes Debtor, Ricardo A. Read-Baez, by and through his attorney, Gary J. Imblum, and respectfully responds as follows:

1. Admitted.

2. Admitted.

3. Admitted in part and denied in part. Debtor has no knowledge as to the holder of the lease Agreement. Strict proof is demanded.

4. Admitted in part and denied in part. The Certificate of Title speaks for itself. Strict proof is demanded.

5. Admitted in part and denied in part. Debtor has no knowledge. Strict proof is demanded.

6. Admitted in part and denied in part. Debtor has no knowledge. Strict proof is demanded.

7. Admitted in part and denied in part. The Agreement speaks for itself. Strict proof

is demanded.

8. Denied. Movant is protected since there is an abundance of equity in the vehicle. Debtor offers to pay $500.00 immediately. Debtor will make an offer in the near future to cure the remaining arrearage.

9. Denied. There is no reason why Rule 4001(a)(3) should not apply.

**WHEREFORE**, Debtor respectfully requests that this Honorable Court issue an Order denying the Motion for Relief From Stay.

Respectfully submitted,

Gary J. Imblum
Attorney I.D. No. 42606
4615 Derry Street
Harrisburg, PA 17111
(717) 238-5250
Fax No. (717) 558-8990
gary.imblum@imblumlaw.com
Attorney for Debtor

DATED: 06 / 08 / 2020

# CERTIFICATION OF SERVICE

I, Carol V. Shay, Paralegal, do hereby certify that I have served a copy of the foregoing DEBTOR'S RESPONSE TO MOTION OF NISSAN MOTOR ACCEPTANCE CORPORATION FOR RELIEF FROM THE AUTOMATIC STAY upon the following persons by E-Service or by United States Mail, first class, postage prepaid, at Harrisburg, Dauphin County, Pennsylvania, addressed to:

CHARLES J DEHART III ESQUIRE            dehartstaff@pamd13trustee.com
CHAPTER 13 TRUSTEE
VIA E-SERVICE


JAMES C. WARMBRODT, ESQUIRE
KML LAW GROUP, P.C.
COUNSEL FOR MOVANT
VIA E-SERVICE


                                                    IMBLUM LAW OFFICE, P.C.

                                                    /s/ Carol V. Shay
                                                    Carol V. Shay, Paralegal
                                                    4615 Derry Street
                                                    Harrisburg, PA 17111
                                                    (717) 238-5250
                                                    Fax No. (717) 558-8990
                                                    gary.imblum@imblumlaw.com
                                                    For Debtor

DATED: 06 / 08 / 2020