```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                            Case No. 18-02041-HWV
Ricardo A. Read-Baez                                              Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 1         Date Rcvd: Jun 30, 2020
                          Form ID: pdf010      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 02, 2020.
              +Jissell A. Read,   390 Hill N Dale Drive S,   York, PA 17403-4740

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 02, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 30, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Gary J Imblum    on behalf of Debtor 1 Ricardo A. Read-Baez gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
               ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase
               .com
              James   Warmbrodt    on behalf of Creditor   Nissan Motor Acceptance Corporation
               bkgroup@kmllawgroup.com
              Jerome B Blank    on behalf of Creditor    TOWNE MORTGAGE COMPANY pamb@fedphe.com
              Mario J. Hanyon    on behalf of Creditor    TOWNE MORTGAGE COMPANY pamb@fedphe.com
              Mario John Hanyon    on behalf of Creditor    TOWNE MORTGAGE COMPANY pamb@fedphe.com
              Thomas   Song    on behalf of Creditor    TOWNE MORTGAGE COMPANY pamb@fedphe.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                 TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Ricardo A. Read-Baez<br>　　　　　　　　Debtor(s) | CHAPTER 13 |
| Nissan Motor Acceptance Corporation<br>　　　　　　　　Movant<br>　　vs.<br>Ricardo A. Read-Baez<br>　　　　　　　　Debtor(s)<br>Jissell A. Read<br>Charles J. DeHart, III Esq.<br>　　　　　　　　Additional Respondents | NO. 18-02041 HWV<br><br>11 U.S.C. Section 362 and 1301 |

## ORDER TERMINATING AUTOMATIC STAY

Upon consideration of the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Nissan Motor Acceptance Corporation, the court reviewed the file herein and after hearing, is of the opinion that said Motion should be granted. It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362(d) and 1301as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2017 Nissan Rogue, VIN: KNMAT2MV7HP506134 in a commercially reasonable manner.

Dated: June 30, 2020

By the Court,

_Henry W. Van Eck_ (LS)
Henry W. Van Eck, Chief Bankruptcy Judge

Case 1:18-bk-02041-HWV    Doc 81    Filed 07/02/20    Entered 07/03/20 00:38:28    Desc
Imaged Certificate of Notice    Page 2 of 2