United States Bankruptcy Court
Middle District of Pennsylvania

In re:  Case No. 18-02041-HWV
Ricardo A. Read-Baez  Chapter 13
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 2
Date Rcvd: Dec 09, 2020     Form ID: pdf010     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2020:**

**Recip ID     Recipient Name and Address**
+    United States Postal Service, Eagan Accounting Service Center, 2825 Lone Oak Parkway, Eagan, MN 55121-1551

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2020      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2020 at the address(es) listed below:

**Name**      **Email Address**

Charles J DeHart, III (Trustee)
     TWecf@pamd13trustee.com

Gary J Imblum
     on behalf of Debtor 1 Ricardo A. Read-Baez gary.imblum@imblumlaw.com
     gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com

James Warmbrodt
     on behalf of Creditor Nissan Motor Acceptance Corporation bkgroup@kmllawgroup.com

Jerome B Blank
     on behalf of Creditor TOWNE MORTGAGE COMPANY pamb@fedphe.com

Mario J. Hanyon
     on behalf of Creditor TOWNE MORTGAGE COMPANY mario.hanyon@brockandscott.com   wbecf@brockandscott.com

Mario John Hanyon
    on behalf of Creditor TOWNE MORTGAGE COMPANY pamb@fedphe.com

Tammy Benoza
    on behalf of Creditor TOWNE MORTGAGE COMPANY bankruptcy@fskslaw.com

Thomas Song
    on behalf of Creditor TOWNE MORTGAGE COMPANY pamb@fedphe.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
RICARDO A. READ-BAEZ : CASE NO. 1-18-02041- HWV
       Debtor : CHAPTER 13

## AMENDED ORDER

    Upon consideration of the above-named Debtors having filed a Petition under Chapter 13 of the Bankruptcy Code and having submitted all future income to the jurisdiction of this Court in accordance with statute,

    IT IS THEREFORE ORDERED that until further Order of this Court, the entity from whom the Debtor, Ricardo A. Read-Baez, receives income:

United States Postal Service
Eagan Accounting Service Center
2825 Lone Oak Parkway
Eagan, MN 55121
(Please reference above case number on all payments)

deduct from said Debtor's income the sum of $507.70 from each bi-weekly paycheck, beginning on the next pay day following receipt of this Order and deduct a similar amount each pay period thereafter, including any period from which the Debtor receives a periodic or lump sum payment as a result of vacation, termination, or any benefits payable to the above Debtor. Said sum is subject to periodic change as necessary. Said sum is to be sent to the Trustee until further notice of change from Debtor's counsel. Remit the deductible sums to:

CHARLES J DEHART III ESQUIRE
CHAPTER 13 TRUSTEE
POST OFFICE BOX 7005
LANCASTER PA 17604

    IT IS FURTHER ORDERED that the employer from whom the Debtor receives income shall notify the Trustee if the Debtor's income is terminated and the reason therefor.

    IT IS FURTHER ORDERED that all remaining income of the Debtor, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to the Debtor in accordance with usual payment procedure.

    IT IS FURTHER ORDERED that the employer will place the case number (found at the top of this Order) on all checks being forwarded to the Trustee to ensure proper accounting of the funds.

    IT IS FURTHER ORDERED that this Order supersedes previous orders made to the subject entity in this case.

    IT IS FURTHER ORDERED that this Order will terminate without further Order 50 months from the date of this Order, if it is not terminated by an earlier Order from this Court or upon correspondence from Debtor's counsel or the Chapter 13 Trustee.

    IT IS FURTHER ORDERED that the employer shall modify the Wage Attachment in the future pursuant to instructions from Debtor's counsel to do so without the necessity of further Court Order.

Dated: December 9, 2020      By the Court,

                                                 *Henry W. Van Eck*

F                                                    Henry W. Van Eck, Chief Bankruptcy Judge (CD)