

**TOWNE MORTGAGE COMPANY**

2170 E. Big Beaver Rd., Suite A
Troy, Michigan 48083
Tel: (800) 979-9977
Fax: (248) 528-7220
www.townemortgage.com

US Bankruptcy Court
Middle District Bankruptcy Court of Pennsylvania Harrisburg
228 Walnut St, Rm 320
Harrisburg, PA 17101-1737

RE: Change of Payment Address for Towne Mortgage Company RICARDO A. READ-BAEZ – Case # 18-02041

To Whom It May Concern:

Please update the address for all loans for Towne Mortgage Company as our location as changed.

OLD PAYMENT ADDRESS
P.O. Box 7054
Troy, MI 48007

NEW PAYMENT ADDRESS
P.O. Box 33662
Detroit, MI 48232-5662

**FILED
Harrisburg, PA

MAR 1 7 2021

Clerk,
US Bankruptcy Court**

If you have any questions or concerns, please let me know.

Sincerely,

*Joy Baum*

Joy Baum
Bankruptcy Specialist
(248) 528-7299

NMLS ID# 3028