United States Bankruptcy Court

Middle District of Pennsylvania

In re:        Case No. 18-02041-HWV

Ricardo A. Read-Baez        Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3

Date Rcvd: Jul 08, 2021      Form ID: pdf010      Total Noticed: 35

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 10, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ricardo A. Read-Baez, 390 Hill N Dale Drive S, York, PA 17403-4740 |
| 5061467 | + | Commercial Acceptance, 2300 Gettysburg Rd, Camp Hill, PA 17011-7303 |
| 5374784 | + | FEIN, SUCH, KAHN & SHEPARD, P.C., 7660 Imperial Way, Suite 121, Allentown, Pennsylvania 18195-1022 |
| 5061469 | + | Fidelity, PO Box 770001, Cincinnati, OH 45277-0001 |
| 5061470 | + | First Premier Bank, 601 South Minnesota Avenue, Sioux Falls, SD 57104-4868 |
| 5061471 | + | Jissell Read, 390 Hill N Dale Drive S, York, PA 17403-4740 |
| 5061472 | + | Kay Jewelers, 15220 NW Greenbrier, Beaverton, OR 97006-5744 |
| 5068523 | | Nissan - Infiniti LT, POB 660366, Dallas, TX 75266-0366 |
| 5061475 | + | Nissan Motor Acceptance Corp, Attn: Bankruptcy, PO Box 660360, Dallas, TX 75266-0360 |
| 5061476 | + | Nissan Motor Acceptance Corp., PO Box 742657, Cincinnati, OH 45274-2657 |
| 5061464 | | PA Department of Revenue, Bureau of Individual Taxes, Dept 280431, Harrisburg, PA 17128-0431 |
| 5061477 | + | Phelan Hallinan Diamond Jones, LLP, PMB SSS Acquisition, PO Box 8990, Turnersville NJ 08012-8990 |
| 5061483 | + | York County Court of Common Pleas, 45 North George Street, York, PA 17401-1240 |
| 5086151 | | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Jul 08 2021 18:42:18 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5065988 | + | Email/Text: maria@gotoafs.com | Jul 08 2021 18:37:00 | Accelerated Financial Solutions, LLC, 39 Monette Parkway, Smithfield, VA 23430-2577 |
| 5087737 | + | Email/Text: documentfiling@lciinc.com | Jul 08 2021 18:37:00 | Antero Capital, LLC, PO BOX 1931, Burlingame CA 94011-1931 |
| 5061465 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 08 2021 18:42:23 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5061466 | + | Email/PDF: AIS.COAF.EBN@Americaninfosource.com | Jul 08 2021 18:42:23 | Capital One Auto Finance, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5077231 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Jul 08 2021 18:42:29 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 5063807 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Jul 08 2021 18:42:23 | Capital One Auto Finance, a division of Capital On, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5061468 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 08 2021 18:42:23 | Credit One Bank, Attn: Bankruptcy, PO Box 98873, Las Vegas, NV 89193-8873 |
| 5061463 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 08 2021 18:37:00 | Internal Revenue Service, POB 7346, Philadelphia, PA 19101-7346 |
| 5085970 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 09 2021 10:08:55 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 5061473 | + | Email/Text: unger@members1st.org | Jul 08 2021 18:37:12 | Members 1st F C U, 5000 Louise Dr, Mechanicsburg, PA 17055-4899 |
| 5061474 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Jul 08 2021 18:37:29 | Navy Federal Credit Union, Attn: Bankruptcy, PO Box 3000, Merrifield, VA 22119-3000 |
| 5062317 | + | Email/PDF: rmscedi@recoverycorp.com | Jul 08 2021 18:42:23 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5084555 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 08 2021 18:37:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 5061478 | + | Email/Text: bankruptcy@purchasingpower.com | Jul 08 2021 18:37:00 | Purchasing Power, 1375 Peachtree Street, Suite 500, Atlanta, GA 30309-3109 |
| 5087764 | + | Email/Text: bankruptcy@purchasingpower.com | Jul 08 2021 18:37:00 | Purchasing Power, LLC, Bankruptcy Department, 1349 W. Peachtree Street, NW, Suite 1100, Atlanta, GA 30309-2956 |
| 5061479 | | Email/PDF: ais.sprint.ebn@americaninfosource.com | Jul 08 2021 18:42:29 | Sprint, PO Box 4191, Carol Stream, IL 60197 |
| 5061480 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 08 2021 18:42:22 | Synchrony Bank/Walmart, PO Box 965024, Orlando, FL 32896-5024 |
| 5061481 | + | Email/Text: maria@gotoafs.com | Jul 08 2021 18:37:00 | T Mobile, c/o Accelerated Financial, 4016 Raintree Road, Chesapeake, VA 23321-3700 |
| 5061482 | + | Email/Text: FC@townemortgage.com | Jul 08 2021 18:37:00 | Towne Mortgage Company, Attn: Bankruptcy Department, 2170 E. Big Beaver Rd, Suite A, Troy, Michigan 48083-2375 |
| 5083935 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jul 08 2021 18:42:18 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5064509 | *+ | Towne Mortgage Company, Attn: Bankruptcy Department, 2170 E. Big Beaver Rd, Suite A, Troy, Michigan 48083-2375 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 10, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 8, 2021 at the address(es) listed below:

**Name**    **Email Address**

| | |
|---|---|
| Gary J Imblum | on behalf of Debtor 1 Ricardo A. Read-Baez gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Nissan Motor Acceptance Corporation bkgroup@kmllawgroup.com |
| Jerome B Blank | on behalf of Creditor TOWNE MORTGAGE COMPANY pamb@fedphe.com |
| Mario J. Hanyon | on behalf of Creditor TOWNE MORTGAGE COMPANY wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Mario John Hanyon | on behalf of Creditor TOWNE MORTGAGE COMPANY pamb@fedphe.com mario.hanyon@brockandscott.com |
| Tammy Benoza | on behalf of Creditor TOWNE MORTGAGE COMPANY bankruptcy@fskslaw.com |
| Thomas Song | on behalf of Creditor TOWNE MORTGAGE COMPANY tomysong0@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 9

| UNITED STATES BANKRUPTCY COURT |
| --- |
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

Ricardo A. Read−Baez

**Debtor 1**

Chapter: 13

Case number: 1:18−bk−02041−HWV

Document Number: 105

Matter: Motion for Mortgage Modification.

Ricardo A. Read−Baez
**Movant(s)**

vs.

Jack N Zaharopoulos
Standing Chapter 13 Trustee
Towne Mortgage Company
**Respondent(s)**

## Notice

NOTICE OF OPPORTUNITY TO OBJECT AND HEARING: Pursuant to Local Rule 2002−1(a), the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection/response on or before **July 27, 2021**. If you object to the relief requested, you must file your objection/response with the Clerk of Court and serve a copy on the movant and movant's attorney, if one is designated.

If you file and serve an objection/response within the time permitted, the Court may schedule a hearing and you will be notified. If you do not file an objection within the time permitted the Court will deem the motion unopposed and proceed to consider the motion without further notice or hearing, and may grant the relief requested.

| **Address of the Bankruptcy Clerk's Office:** | **For the Court:** |
| --- | --- |
| Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: CourtneyWojtowicz, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: July 6, 2021 |

ntpasnh(05/18)