# IMBLUM LAW OFFICES, P.C.

**4615 DERRY STREET**
**HARRISBURG, PA 17111**

Gary J. Imblum
Jeffrey L. Troutman (of counsel)

email: gary.imblum@imblumlaw.com

Telephone
717.238.5250
Facsimile
717.558-8990

September 2, 2021

**<u>Via ECF Only</u>**

TO: US BANKRUPTCY COURT - CLERK

RE: Ricardo Read-Baez
Chapter 13 Bankruptcy Case No. 1-18-02041

Dear Clerk:

Please be advised that the address for the following Creditor has changed. The <u>new</u> address is:

MARIO JOHN HANYON
PHELAN HALLINAN SCHMIEG
PMB SSS ACQUISITION
PO BOX 8990
TURNERSVILLE NJ 08012-8890

The Creditor's <u>previous</u> address was as follows:

MARIO JOHN HANYON
PHELAN HALLINAN SCHMIEG
1617 JFK BLVD
SUITE 1400
PHILADELPHIA PA 19103-1814

Very truly yours,

IMBLUM LAW OFFICES, P.C.

Gary J. Imblum

GJI/srm
Enclosure

6132437674 - 17 | 46 | .51
IMBLUM LAW OFFICES, P.C.
/S/ GARY J. IMBLUM, ESQUIRE
4615 DERRY STREET
HARRISBURG PA 17111

MARIO JOHN HANYON
PHELAN HALLINAN SCHMIEG
1617 JFK BLVD
SUITE 1400
PHILADELPHIA PA 19103-1814

RETURN SERVICE REQUESTED

FIRST CLASS PRSRT
US POSTAGE PAID
PERMIT 131
PASCO WA 99302

171 NFE 1260C20F0008/30/21
RETURN TO SENDER
PHELAN HALLINAN DIAMOND & JONES LLP
PMB 555 ACQUISITION
PO BOX 8990
TURNERSVILLE NJ 08012-8990
RETURN TO SENDER

Case 1:18-bk-02041-HWV   Doc 111   Filed 09/02/21   Entered 09/02/21 12:13:05   Desc
Main Document   Page 2 of 2