IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE                                          :
RICARDO A. READ-BAEZ                           : CASE NO.: 1:18-bk-02041-HWV
       Debtor                              : CHAPTER 13

**ORDER**

Upon consideration of the Motion to Suspend Payments;

**IT IS HEREBY ORDERED AND DECREED** that the Debtor's payments under the Chapter 13 Plan are hereby reduced from Three Hundred Fifty Dollars ($350.00) per month to zero dollars and zero cents ($0.00) for one (1) month for May 2022, and permitting the remainder of the payment to be made in a lump sum at the end of the Chapter 13 Plan.