**LOCAL BANKRUPTCY FORM 9013-4**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| RICARDO A. READ-BAEZ | ) | |
| Debtor | ) | |
| ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~ | ) | CASE NO.: 1:18-BK-02041-HWV |
| CAPITAL ONE AUTO FINANCE, A | ) | |
| DIVISION OF CAPITAL ONE, N.A. | ) | |
| Movant | ) | Nature of Proceeding: Motion for Relief |
| vs. | ) | from Automatic Stay and Codebtor Stay |
| | ) | |
| RICARDO A. READ-BAEZ | ) | |
| | ) | DOCUMENT NO#: 122 |
| and | ) | |
| | ) | |
| JISSELL ALTAGRACIA READ | ) | |
| Codebtor | ) | |
| | ) | |
| Respondents | ) | |
| and | ) | |
| | ) | |
| JACK N ZAHAROPOULOS | ) | |
| Trustee | ) | |

**REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE[1]**

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.[2]

Reason for the continuance.
Discussing settlement.

---

[1] No alterations or interlineations of this document are permitted.

[2] If this is not a first request for a continuance, then a Motion to Continue must be filed.

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: January 27, 2023  /s/ Regina Cohen
Regina Cohen
Attorney for Capital One Auto Finance, a division of Capital One, N.A.

---

[1] No alterations or interlineations of this document are permitted.

[2] If this is not a first request for a continuance, then a Motion to Continue must be filed.