# IMBLUM LAW OFFICES, P.C.

**4615 DERRY STREET**
**HARRISBURG, PA 17111**

email: gary.imblum@imblumlaw.com

Gary J. Imblum
Jeffrey L. Troutman (of counsel)

Telephone
717.238.5250
Facsimile
717.558-8990

March 21, 2023

<u>Via ECF Only</u>

TO: US BANKRUPTCY COURT - CLERK

RE: Ricardo Read-Baez
Chapter 13 Bankruptcy Case No. 1-18-02041

Dear Clerk:

Please be advised that the address for the following Creditor has changed. The <u>new</u> address is:

PURCHASING POWER LLC
BANKRUPTCY DEPARTMENT
2727 PACES FERRY ROAD SE, STE 2-1200
ATLANTA GA 30339-6143

The Creditor's <u>previous</u> address was as follows:

PURCHASING POWER LLC
BANKRUPTCY DEPARTMENT
1349 W. PEACHTREE STREET NW
SUITE 1100
ATLANTA GA 30309-2956

Very truly yours,

IMBLUM LAW OFFICES, P.C.

Gary J. Imblum

GJI/srm