IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| RICARDO A. READ-BAEZ | : | CASE NO.: 1:18-bk-02041-HWV |
| Debtor | : | STIPULATION RESOLVING CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ONE, N.A.'S MOTION FOR RELIEF FROM AUTOMATIC STAY AND CODEBTOR STAY |
| CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ONE, N.A. vs. | : | |
| Movant | : | |
| RICARDO A. READ-BAEZ and | : | |
| JISSELL READ | : | |
| Codebtor | : | |
| Respondents | : | |
| and | : | |
| JACK N ZAHAROPOULOS Trustee | : | |

**ORDER APPROVING STIPULATION RESOLVING CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ONE, N.A.'S MOTION FOR RELIEF FROM AUTOMATIC STAY AND CODEBTOR STAY**

AND NOW, it is hereby ORDERED

That the Stipulation Resolving Capital One Auto Finance, a division of Capital One, N.A.'s Motion for Relief from Automatic Stay and Codebtor Stay is approved.

By the Court,

_____
Henry W. Van Eck, United States Bankruptcy Judge

Dated: