UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

In re:

Ricardo A. Read-Baez,            Case No. 21-70580-JHH13
    Debtor(s).                         Chapter 13
_____/

## NOTICE OF CREDITOR PAYMENT ADDRESS CHANGE

| Towne Mortgage Company | Towne Mortgage Company |
|---|---|
| New Creditor Name | Old Creditor Name |
| Court Claim # (if known): 1-1 | Court Claim # (if known): 1-1 |
| New Payment Address: | Old Payment Address: |
| Towne Mortgage Company<br>PO Box 30843<br>Lansing, MI 48909-8311 | Towne Mortgage Company<br>PO Box 33662<br>Detroit, MI 48232-5662 |
| Phone: 1-800-979-9977<br>Last Four Digits of Acct #: 0620 | Phone: 1-800-979-9977<br>Last Four Digits of Acct #: 0620 |

Date: November 21, 2023          Respectfully Submitted,

                                       /s/ Justin Plean
                                       Justin D. Plean
                                       Quintairos, Prieto, Wood & Boyer, P.A.
                                       1475 Centrepark Blvd # 130
                                       West Palm Beach, FL 33401
                                       Phone: (561) 686-1880
                                       E-mail: justin.plean@qpwblaw.com

QPWB# FL-004207-23

# CERTIFICATE OF SERVICE

      I certify that I have caused to be served a copy of the Notice of Creditor Payment Address Change by first class mail, postage prepaid or by CM/ECF electronic filing upon the parties listed below on this day.

Dated: November 21, 2023                 /s/ Justin Plean
                                                                 Justin Plean

Copies Furnished To:

By CM/ECF Receipt:

Gary J Imblum
Imblum Law Offices, P.C.
4615 Derry Street
Harrisburg, PA 17111
717 238-5250
Fax : 717 558-8990
Email: gary.imblum@imblumlaw.com

Trustee
Jack N Zaharopoulos
Standing Chapter 13
(Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Asst. U.S. Trustee
United States Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102

By First Class Mail:

Ricardo A. Read-Baez
390 Hill N Dale Drive S
York, PA 17403

QPWB# FL-004207-23