# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
## HARRISBURG DIVISION

| | |
|---|---|
| In re:<br>RICARDO A READ-BAEZ<br><br>Debtor(s). | Case No. 1:18-02041-HWV<br><br>Chapter 13 |

## NOTICE OF SATISFACTION OF PROOF OF CLAIM NO. 9

TO: DEBTOR(S), ATTORNEY FOR DEBTOR(S), CHAPTER 13 TRUSTEE, and all interested parties:

NOTICE IS HEREBY GIVEN that eCAST Settlement Corporation (hereinafter, "eCAST"), is canceling the remaining debt related to the Proof of Claim filed on 05/23/2019 and assigned as Claim number 9 and considers the Proof of Claim as satisfied as of the date of this Notice. Accordingly, any future disbursements on Claim number 9 should cease at this time. Any monies received after the date of this Notice will be returned to the sender.

Respectfully submitted,

By: /s/ Gregory P Deegan

Gregory P Deegan, Claims Administrator
Becket & Lee LLP
PO Box 3001
Malvern, PA 19355-0701
610-228-2570
proofofclaim@becket-lee.com

Authorized agent for eCAST Settlement Corporation
DATE: 12/15/2023