UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

In re:

Ricardo A. Read-Baez,　　　　　　　　　　　　　　Case No. 1:18-bk-02041-HWV
　　　Debtor(s).　　　　　　　　　　　　　　　　　Chapter 13
_____/

## NOTICE OF CREDITOR ADDRESS CHANGE

| Towne Mortgage Company | Towne Mortgage Company |
|---|---|
| New Creditor Name | Old Creditor Name |

Court Claim # (if known): 1　　　　　　　　　　　Court Claim # (if known): 1
New Notice Address:　　　　　　　　　　　　　　 Old Notice Address:

Towne Mortgage Company　　　　　　　　　　　　Towne Mortgage Company
888 W. Big Beaver Road, Suite 310　　　　　　　　2170 E. Big Beaver Road, Suite A
Troy, MI 48084　　　　　　　　　　　　　　　　　Troy, MI 48083

Phone: 1-800-979-9977　　　　　　　　　　　　　Phone: 1-800-979-9977
Last Four Digits of Acct #: 0620　　　　　　　　　Last Four Digits of Acct #: 0620


Date: <u>April 9, 2024</u>　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　　　<u> /s/ Justin Plean</u>
　　　　　　　　　　　　　　　　　　　　　　　　Justin D. Plean
　　　　　　　　　　　　　　　　　　　　　　　　Quintairos, Prieto, Wood & Boyer, P.A.
　　　　　　　　　　　　　　　　　　　　　　　　1475 Centrepark Blvd # 130
　　　　　　　　　　　　　　　　　　　　　　　　West Palm Beach, FL 33401
　　　　　　　　　　　　　　　　　　　　　　　　Phone: (561) 686-1880
　　　　　　　　　　　　　　　　　　　　　　　　E-mail: justin.plean@qpwblaw.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

In re:

Ricardo A. Read-Baez,                         Case No. 1:18-bk-02041-HWV
    Debtor(s).                                 Chapter 13
_____/

## CERTIFICATE OF SERVICE

       I certify that I have caused to be served a copy of the Notice of Creditor Notice Address Change by first class mail, postage prepaid or by CM/ECF electronic filing upon the parties listed below on this day.

Dated: April 9, 2024                      Respectfully submitted,

                                            /s/ Justin Plean
                                            Justin D. Plean

Copies Furnished To:

By CM/ECF Receipt:

Gary J Imblum
Imblum Law Offices, P.C.
4615 Derry Street
Harrisburg, PA 17111
Email: gary.imblum@imblumlaw.com

Jack N Zaharopoulos
Standing Chapter 13
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Email: info@pamd13trustee.com

United States Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102
Email: ustpregion03.ha.ecf@usdoj.gov

By Mail:

Ricardo A. Read-Baez
390 Hill N Dale Drive S
York, PA 17403