# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

Re: Ricardo A Read-Baez

Case No.: 1-18-02041 HWV

Chapter 13

Debtor(s)

## NOTICE OF FINAL CURE PAYMENT

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the pre-petition and post-petition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

### PART 1: MORTGAGE INFORMATION

| | |
|---|---|
| Creditor Name: | Towne Mtg |
| Court Claim Number: | 01 |
| Last Four of Loan Number: | 0620 |
| Property Address if applicable: | 390 Hill N Dale Dr |

### PART 2: CURE AMOUNT

**Total cure disbursement made by the trustee:**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $3,188.05 |
| b. | Prepetition arrearages paid by the trustee: | $3,188.05 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearage paid by the trustee: | $0.00 |
| g. | Total b, d, and f: | $3,188.05 |

### PART 3: POSTPETITION MORTGAGE PAYMENT

Mortgage is/was paid directly by the debtor(s).

### PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

Date: July 28, 2025

    Respectfully submitted,

    /s/ Jack N. Zaharopoulos
    Standing Chapter 13 Trustee
    Suite A, 8125 Adams Drive
    Hummelstown, PA  17036
    Phone:  (717) 566-6097
    Fax:  (717) 566-8313
    email:  info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Re: Ricardo A Read-Baez

Case No.: 1-18-02041 HWV

Chapter 13

**Debtor(s)**

**CERTIFICATE OF SERVICE**

I certify that I am more than 18 years of age and that on July 28, 2025, I served a copy of this Notice of Final Cure Payment on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

**Served Electronically**
Gary J. Imblum, Esquire
4615 Derry St
Harrisburg PA 17111

**Served by First Class Mail**
Towne Mtg Co
Att Bankruptcy Dept
PO Box 33662
Detroit MI 48232

Ricardo A Read-Baez
390 Hill N Dale Dr S
York PA 17403

I certify under penalty of perjury that the foregoing is true and correct.

Date: July 28, 2025

/s/ Liz Joyce
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com

Case 1:18-bk-02041-HWV    Doc 147    Filed 07/28/25    Entered 07/28/25 06:52:43    Desc
Page 3 of 4

# Disbursements for Claim

**Case:** 18-02041    RICARDO A. READ-BAEZ

**TOWNE MORTGAGE COMPANY**
ATTN: BANKRUPTCY DEPT
P.O. BOX 7054
TROY, MI   48007-

Sequence: 24
Modify:
Filed Date:
Hold Code: D

Acct No: 390 Hill N Dale S - PRE-ARRE

ARREARS - 390 HILL N DALE DRIVE S/SEE CLAIM NOTE    05/21 GRANTED LOAN MOD EMAIL IN
CORRESPONDENCE   LOAN MOD 5TH AP

|  | Debt: | $17,550.47 | Interest Paid: | $0.00 |
|---|---|---|---|---|
| Amt Sched: $171,579.32 |  |  | Accrued Int: | $0.00 |
| Amt Due: $0.00 | Paid: | $3,188.05 | Balance Due: | $14,362.42 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled DisbDescrp |
|---|---|---|---|---|---|---|---|---|
| **5200** | **TOWNE MORTGAGE COMPANY** | | | | | | | |
| 520-0 | TOWNE MORTGAGE COMPANY | | 09/26/2019 | 1207986 | $970.18 | $0.00 | $970.18 | 10/01/2019 |
| 520-0 | TOWNE MORTGAGE COMPANY | | 08/07/2019 | 1206460 | $420.16 | $0.00 | $420.16 | 08/13/2019 |
| 520-0 | TOWNE MORTGAGE COMPANY | | 07/11/2019 | 1205124 | $525.22 | $0.00 | $525.22 | 07/16/2019 |
| 520-0 | TOWNE MORTGAGE COMPANY | | 06/06/2019 | 1203710 | $1,272.49 | $0.00 | $1,272.49 | 06/11/2019 |
| | | | | Sub-totals: | $3,188.05 | $0.00 | $3,188.05 | |
| | | | | Grand Total: | $3,188.05 | $0.00 | | |