| Fill in this information to identify the case: |
|---|

Debtor 1 <u>RICARDO A READ-BAEZ</u>

Debtor 2

United States Bankruptcy Court for the MIDDLE District of

Pennsylvania

Case number <u>18-02041 HWV</u>

Form 4100R

# Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

Name of creditor: <u>TOWNE MORTGAGE COMPANY</u>

Court claim no. (if known)
<u>1</u>

Last 4 digits of any number you use to identify the debtor's account: <u>0620</u>

Property address: <u>390 HILL N DALE DR. SOUTH</u>
Number, Street
<u>YORK, PA 17403</u>
City, State, Zip

## Part 2: Pre-petition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure pre-petition default on the creditor's claim

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the pre-petition default on the creditor's claim. Creditor asserts that the total pre-petition amount remaining unpaid as of the date of this response is:

## Part 3: Post-petition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all post-petition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next post-petition payment from the debtor(s) is due on: <u>08/01/2025</u>

☐ Creditor states that the debtor(s) are not current on all post-petition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Form 4100R                Response to Notice of Final Cure Payment                1

Case 1:18-bk-02041-HWV    Doc 148   Filed 08/11/25   Entered 08/11/25 09:10:12   Desc
Main Document    Page 1 of 4

Debtor 1 RICARDO A READ-BAEZ                                      Case number 18-02041 HWV

Creditor asserts that the total amount remaining unpaid as of the date of this response is:  (a) $.00

a. Total post-petition ongoing payments due:                                          (b) $.00

b. Total fees, charges, expenses, escrow, and costs outstanding:                      (c) $.00

c. Total. Add lines a and b.

Creditor asserts that the debtor(s) are contractually obligated for the post-petition payment(s) that first became due on:

| Part 4: | **Itemized Payment History** |

If the creditor disagrees in Part 2 that the pre-petition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all post-petition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

☒ all payments received;

☒ all fees, costs, escrow, and expenses assessed to the mortgage; and

☒ all amounts the creditor contends remain unpaid.

| Part 5: | **Sign Here** |

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.
*Check the appropriate box:*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

X  /s/Tammy Terrell Benoza                                    Date  08/07/2025
Signature

**Print:**  TAMMY TERRELL BENOZA, ESQ.    Title  ATTORNEY FOR SECURED CREDITOR
         First name        Middle name            Last name

Company  FEIN, SUCH,KAHN & SHEPARD, P.C.

Address  7660 IMPERIAL WAY, SUITE 121
         Number          Street

         ALLENTOWN, PA, 18195
         City                              State           ZIP Code

Contact phone  (610) 395-3535                     Email  bankruptcy@fskslaw.com

Form 4100R               Response to Notice of Final Cure Payment                       2

Case 1:18-bk-02041-HWV    Doc 148    Filed 08/11/25    Entered 08/11/25 09:10:12    Desc
                    Main Document    Page 2 of 4

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA (HARRISBURG)

| IN RE: | Case No.: 18-02041 HWV |
|---|---|
| RICARDO A READ-BAEZ, | Chief Judge Henry W. Van Eck |
| Debtor(s) | Chapter: 13 |

## CERTIFICATION OF SERVICE

I, *Ruth Essington* :

☐ represent the _____ in this matter.

☒ am the secretary/paralegal for Fein, Such, Kahn & Shepard, PC, who represents the Secured Creditor, TOWNE MORTGAGE COMPANY in this matter.

☐ am the _____ in the above case and am representing myself.

On *August 11, 2025*, this office caused to be mailed a copy of the following pleadings and/or documents to the parties listed in the chart below:

a. Response to Trustee's Notice of Final Cure

I hereby certify that copies of Response to Trustee's Notice of Final Cure was served by ECF notice (electronically) upon:

| **Debtor's Counsel:**<br><br>Gary J Imblum<br>Imblum Law Offices, P.C.<br>4615 Derry Street<br>Harrisburg, PA 17111 | **Assistant US Trustee:**<br><br>Asst. U.S. Trustee<br>United States Trustee<br>US Courthouse<br>1501 N. 6th St<br>Harrisburg, PA 17102 |
|---|---|
| **Trustee:**<br><br>Jack N Zaharopoulos<br>Standing Chapter 13 Trustee<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036 | |

This office caused to be mailed a copy of this pleading by regular mail the same in a sealed envelope, with postage prepaid thereon, addressed to the last known addresses as indicated below:

**Debtor(s):**

Ricardo A. Read-Baez
390 Hill N. Dale Drive S
York, PA 17403

I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: *08/11/25*              */s/Ruth Essington*
                              Paralegal