In re:

Ricardo A. Read-Baez

    Debtor

Case No. 18-02041-HWV

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0314-1 | User: AutoDocke | Page 1 of 3 |
| --- | --- | --- |
| Date Rcvd: Sep 12, 2025 | Form ID: 3180W | Total Noticed: 35 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2025:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Ricardo A. Read-Baez, 390 Hill N Dale Drive S, York, PA 17403-4740 |
| 5065988 | + | Accelerated Financial Solutions, LLC, 39 Monette Parkway, Smithfield, VA 23430-2577 |
| 5374784 | + | FEIN, SUCH, KAHN & SHEPARD, P.C., 7660 Imperial Way, Suite 121, Allentown, Pennsylvania 18195-1022 |
| 5061471 | + | Jissell Read, 390 Hill N Dale Drive S, York, PA 17403-4740 |
| 5061476 | + | Nissan Motor Acceptance Corp., PO Box 742657, Cincinnati, OH 45274-2657 |
| 5061464 | | PA Department of Revenue, Bureau of Individual Taxes, Dept 280431, Harrisburg, PA 17128-0431 |
| 5061477 | + | Phelan Hallinan Diamond Jones, LLP, PMB SSS Acquisition, PO Box 8990, Turnersville NJ 08012-8990 |
| 5061481 | + | T Mobile, c/o Accelerated Financial, 4016 Raintree Road, Chesapeake, VA 23321-3700 |
| 5061483 | + | York County Court of Common Pleas, 45 North George Street, York, PA 17401-1240 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| cr | + | EDI: AISACG.COM | Sep 12 2025 22:45:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5087737 | + | EDI: LCIFULLSRV | Sep 12 2025 22:46:00 | Antero Capital, LLC, PO BOX 1931, Burlingame CA 94011-1931 |
| 5061465 | + | EDI: CAPITALONE.COM | Sep 12 2025 22:46:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5061466 | + | EDI: CAPONEAUTO.COM | Sep 12 2025 22:46:00 | Capital One Auto Finance, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5077231 | + | EDI: AISACG.COM | Sep 12 2025 22:45:00 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 5063807 | + | EDI: AISACG.COM | Sep 12 2025 22:45:00 | Capital One Auto Finance, a division of Capital On, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5061467 | + | Email/Text: dylan.succa@commercialacceptance.net | Sep 12 2025 18:47:00 | Commercial Acceptance, 2300 Gettysburg Rd, Camp Hill, PA 17011-7303 |
| 5061468 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 12 2025 18:48:35 | Credit One Bank, Attn: Bankruptcy, PO Box 98873, Las Vegas, NV 89193-8873 |
| 5061469 | ^ | MEBN | Sep 12 2025 18:43:36 | Fidelity, PO Box 770001, Cincinnati, OH 45277-0001 |
| 5061470 | + | EDI: AMINFOFP.COM | Sep 12 2025 22:46:00 | First Premier Bank, 601 South Minnesota Avenue, Sioux Falls, SD 57104-4868 |
| 5061463 | | EDI: IRS.COM | Sep 12 2025 22:46:00 | Internal Revenue Service, POB 7346, Philadelphia, PA 19101-7346 |
| 5061472 | + | EDI: PHINGENESIS | Sep 12 2025 22:46:00 | Kay Jewelers, 15220 NW Greenbrier, Beaverton, OR 97006-5744 |

| 5085970 | Email/PDF: resurgentbknotifications@resurgent.com | Sep 12 2025 19:03:36 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
|---|---|---|---|
| 5061473 | + Email/Text: unger@members1st.org | Sep 12 2025 18:47:00 | Members 1st F C U, 5000 Louise Dr, Mechanicsburg, PA 17055-4899 |
| 5061474 | + EDI: NFCU.COM | Sep 12 2025 22:46:00 | Navy Federal Credit Union, Attn: Bankruptcy, PO Box 3000, Merrifield, VA 22119-3000 |
| 5068523 | Email/Text: NissanBKNotices@nationalbankruptcy.com | Sep 12 2025 18:46:00 | Nissan - Infiniti LT, POB 660366, Dallas, TX 75266-0366 |
| 5061475 | + Email/Text: NissanBKNotices@nationalbankruptcy.com | Sep 12 2025 18:46:00 | Nissan Motor Acceptance Corp, Attn: Bankruptcy, PO Box 660360, Dallas, TX 75266-0360 |
| 5062317 | + EDI: PRA.COM | Sep 12 2025 22:46:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5084555 | + EDI: JEFFERSONCAP.COM | Sep 12 2025 22:46:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 5061478 | + Email/Text: bankruptcy@purchasingpower.com | Sep 12 2025 18:47:00 | Purchasing Power, 1375 Peachtree Street, Suite 500, Atlanta, GA 30309-3109 |
| 5087764 | Email/Text: bankruptcy@purchasingpower.com | Sep 12 2025 18:47:00 | Purchasing Power, LLC, Bankruptcy Department, 2727 Paces Ferry Road SE Ste 2-1200, Atlanta, GA 30339-6143 |
| 5061479 | + EDI: AISTMBL.COM | Sep 12 2025 22:46:00 | Sprint, PO Box 4191, Carol Stream, IL 60197-4191 |
| 5061480 | + EDI: SYNC | Sep 12 2025 22:46:00 | Synchrony Bank/Walmart, PO Box 965024, Orlando, FL 32896-5024 |
| 5061482 | + Email/Text: bkr@townemortgage.com | Sep 12 2025 18:47:00 | Towne Mortgage Company, 888 W Big Beaver Rd Ste 310, Troy, MI 48084-4736 |
| 5083935 | EDI: AIS.COM | Sep 12 2025 22:46:00 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 5086151 | Email/PDF: bncnotices@becket-lee.com | Sep 12 2025 18:48:59 | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 26

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | * | eCAST Settlement Corporation, PO Box 29262, New York, NY 10087-9262 |
| 5064509 | *+ | Towne Mortgage Company, 888 W Big Beaver Rd Ste 310, Troy, MI 48084-4736 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2025                          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Gary J Imblum | on behalf of Debtor 1 Ricardo A. Read-Baez gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| James Warmbrodt | on behalf of Creditor Nissan Motor Acceptance Corporation bkgroup@kmllawgroup.com |
| Jerome B Blank | on behalf of Creditor TOWNE MORTGAGE COMPANY pamb@fedphe.com |
| Mario J. Hanyon | on behalf of Creditor TOWNE MORTGAGE COMPANY wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| Mario John Hanyon | on behalf of Creditor TOWNE MORTGAGE COMPANY pamb@fedphe.com  mario.hanyon@brockandscott.com |
| Regina Cohen | on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. rcohen@lavin-law.com |
| Tammy Benoza | on behalf of Creditor TOWNE MORTGAGE COMPANY bankruptcy@fskslaw.com |
| Thomas Song | on behalf of Creditor TOWNE MORTGAGE COMPANY tomysong0@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 10

| | | | |
|---|---|---|---|
| Debtor 1 | **Ricardo A. Read–Baez** | Social Security number or ITIN | xxx–xx–3014 |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ | |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ | |
| | | EIN   _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court | Middle District of Pennsylvania | | |
| Case number: | 1:18–bk–02041–HWV | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Ricardo A. Read–Baez

**By the court:**

9/12/25

Henry W. Van Eck, Chief Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

#### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

#### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

#### Some debts are not discharged

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

Case 1:18-bk-02041-HWV    Doc 152    Filed 09/14/25    Entered 09/15/25 00:25:47    Desc
Imaged Certificate of Notice    Page 6 of 6