UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:   RICARDO A. READ-BAEZ

CHAPTER 13

Debtor(s)

CASE NO: 1-18-BK-02041HWV

## FUNDS REMITTED TO COURT

Please find here to check number 9021646 in the amount of $6.70 representing unclaimed funds owed to Accelarated Financial Solutions, LLC. The Trustee is remitting the funds owed to said Creditor to the U. S. Bankruptcy Court due to the fact that the Trustee has been unable to locate said Creditor. Funds remitted to the address on file with the Court have been returned, and all attempts to contact Creditor to obtain a valid address have failed.

| Claim No. | Creditor | Amount |
|---|---|---|
| 002-0 | ACCELARATED FINANCIAL SOLUTIONS, LLC<br>39 MONETTE PARKWAY<br>SMITHFIELD, VA   23430 | $6.70 |

Dated:  December 17, 2025

/s/ Donna Schott
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA  17036
Phone: (717) 566-6097
email: dschott@pamd13trustee.com