**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

In Re:   RICARDO A. READ-BAEZ

              CHAPTER 13

        Debtor(s)

              CASE NO: 1-18-BK-02041HWV

**FUNDS REMITTED TO COURT**

Please find here to check number 9022081 in the amount of $48.83 representing unclaimed funds owed to Accelarated Financial Solutions, LLC.  The Trustee is remitting the funds owed to said Creditor to the U. S. Bankruptcy Court due to the fact that the Trustee has been unable to locate said Creditor.  Funds remitted to the address on file with the Court have been returned, and all attempts to contact Creditor to obtain a valid address have failed.

| Claim No. | Creditor | Amount |
|---|---|---|
| 002-0 | ACCELARATED FINANCIAL SOLUTIONS, LLC<br>39 MONETTE PARKWAY<br>SMITHFIELD, VA   23430 | $48.83 |

Dated:  March 17, 2026

/s/ Donna Schott
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA  17036
Phone: (717) 566-6097
email: dschott@pamd13trustee.com